IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DWAYNE SCOTT,<br><br>Defendant. | CR 24-154-BLG-SPW<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the Motion to Dismiss Count Three of the Indictment (Doc. 39) is GRANTED.

DATED this 15th day of September, 2025.

_____
SUSAN P. WATTERS
United States District Judge